UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BRANDON GRAHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| STUFFED ZA LLC ) | |
| d/b/a GIORDANO'S ) | |
| ) | |
| Defendant. ) | |

## PETITION FOR REMOVAL

COMES NOW Defendant, Stuffed Za LLC, d/b/a Giordano's, by counsel, Beers Mallers, LLP, for its Petition for Removal, pursuant to 28 U.S.C. § 1446, and states as follows:

1. On or about September 27, 2021, the Plaintiff, Brandon Graham, filed his Complaint in the Allen Superior Court, Cause Number 02D02-2109-CT-000512 (the "State Court Action").

2. The Complaint was served on the registered agent of Defendant on or about September 30, 2021, and fewer than thirty (30) days have passed. Removal is based on federal question jurisdiction, pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(e)(6).

3. Copies of all process, pleadings, and orders filed in the State Court Action are attached hereto as "Exhibit A."

4. The allegations in the Plaintiff's Complaint do not constitute a civil action described in 28 U.S.C. § 1445 as being non-removable.

5. Contemporaneously herewith, written notice is being provided to all adverse parties and to the Clerk of the Allen Superior Court that this Notice of Removal is being filed in this Court.

WHEREFORE, the Defendant respectfully provides notice that this action pending in the Allen Superior Court under Cause Number 02D02-2109-CT-000512 may be removed to this Court for all further proceedings and respectfully requests this Court to accept the removal of this case.

Respectfully submitted,

BEERS MALLERS, LLP

By: /s/ Theodore T. Storer
Theodore T. Storer #17576-02
110 West Berry Street, Suite 1100
Fort Wayne, Indiana 46802
Telephone: (260) 426-9706
Facsimile: (260) 420-1314
E-mail: ttstorer@beersmallers.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's CM/ECF system.

Jennifer L. Hitchcock
Michael R. Middleton
116 E. Berry Street, Suite 625
Fort Wayne, Indiana 46802
Facsimile: (260) 444-3441
E-mails: jennifer@jhitchcocklaw.com
         michael@jhitchcocklaw.com
*Attorneys for Plaintiff*

/s/ Theodore T. Storer
Theodore T. Storer