IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

BRANDON GRAHAM,                       )
                                      )
         Plaintiff,                   )
                                      )
    v.                                )    Case No. 1:21-cv-00408-DRL-SLC
                                      )
STUFFED ZA LLC, D/B/A GIORDANO'S,     )
                                      )
         Defendant.                   )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by counsel, stipulate and agree to the dismissal with prejudice of all claims in this lawsuit, with each party to bear his or its own costs and attorneys' fees.

Dated: January 27, 2022.

Respectfully submitted,


/s/ *Jennifer Hitchcock (w/ consent)*
Jennifer Hitchcock
116 E. Berry St., Suite 625
Fort Wayne, IN  46802
Telephone:  260.240.4644
*jennifer@hhitchcocklaw.com*

Attorney for Plaintiff
Brandon Graham

/s/ *Christina M. Kamelhair*
Christina M. Kamelhair
Phillip J. Jones
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*christina.kamelhair@ogletree.com*
*phillip.jones@ogletree.com*

Attorneys for Defendant
Stuffed Za LLC, d/b/a Giordano's

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2022, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jennifer Hitchcock
116 E. Berry Street, Suite 625
Fort Wayne, IN 46802
*jennifer@hhitchcocklaw.com*

<u>s/ *Christina M. Kamelhair*</u>

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone: 317-916-1300
Facsimile: 317-916-9076
*christina.kamelhair@ogletree.com*

2